UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff

   -v-

$2,326 UNITED STATES CURRENCY

        Defendant                05-CV-171S

## ORDER OF FORFEITURE

Upon review of the Stipulated Settlement agreed to by the parties and filed in this action, it is hereby

**ORDERED**, that the sum of $2,326 United States currency shall be forfeited to the United States of America pursuant to Title 21, United States Code, 881(a)(6) and that the United States of America shall dispose of said sum of $2,326 in accordance with federal law; and it is further

**ORDERED**, that the claim that was filed by the claimant be discharged and that the claimant is forever barred from filing any further claims to the $2,326 United States currency that is now forfeited to the United States of America; and it is further

**ORDERED**, that the United States District Court for the Western District of New York shall retain jurisdiction over any dispute concerning a breach of this Order.

DATED:  Buffalo, New York, May 23, 2005.

/s/William M. Skretny
HONORABLE WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE